IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re Intercircuit Assignment of United States Magistrate Judge | ) ) ) ) ) ) ) | Misc. Ord. 2:06mc3347_____ |

ORDER

Upon the announced retirement of one of the Court's Magistrate Judges and the resignation of a second Magistrate Judge, resulting in a 50 percent reduction of available Magistrate Judge judicial resources, an emergency situation has arisen which may be addressed by the intercircuit assignment of a Magistrate Judge to this District. With the concurrence of the Chief Judge of the United States District Court for the Eastern District of Michigan, it is

ORDERED that the Honorable Wallace Capel, Jr., United States Magistrate Judge, be and is hereby temporarily assigned to this District as a United States Magistrate Judge authorized to perform all duties authorized by law and M.D. ALA. LR 72.2 and 73.1. This assignment is effective November 28, 2006, for a period not to exceed 60 days or until Judge Capel is appointed as a full-time Magistrate Judge for this District.

The Clerk of the Court is DIRECTED to send copies of this order to the Honorable Bernard A. Friedman, Chief Judge, United States District Court for the Eastern District of Michigan; the Honorable Wallace Capel, Jr., United States Magistrate Judge, United States District Court for the Eastern District of Michigan; the Honorable Danny J. Boggs,

Chief Judge of the United States Court of Appeals for the Sixth Circuit; the Honorable J. L. Edmondson, Chief Judge of the United States Court of Appeals for the Eleventh Circuit; Mr. James C. Duff, Director, Administrative Office of the United States Courts; and Mr. Thomas C. Hnatowski, Chief of the Magistrate Judges Division, Administrative Office of the United States Courts.

      Done this the 16th day of November, 2006.

                                   /s/Mark E. Fuller
                              MARK E. FULLER
                              CHIEF UNITED STATES DISTRICT JUDGE



# United States District Court
For The Eastern District of Michigan
United States Courthouse
Detroit, Michigan 48226

(313) 234-5170

BERNARD A. FRIEDMAN
Chief Judge

November 16, 2006

<u>Transmitted Via Facsimile and E-Mail</u>

Mark E. Fuller, Chief Judge
United States District Court
A-300 Frank M. Johnson, Jr. Federal Courthouse Annex
One Church Street
Montgomery, Alabama 36104

Re: *Request for Reassignment as a Visiting Magistrate Judge of Magistrate Judge Wallace Capel*

Dear Judge Fuller:

It was great talking to you yesterday, and I did receive the request for reassignment as a visiting magistrate judge of Magistrate Judge Capel, which I have approved and enclosed.

As always, if there is anything we can do to assist, please let us know.

I look forward to seeing you at the Chief Judge's Conference in April

Sincerely,

Bernard A. Friedman
Chief Judge

BAF:plh

Enclosure

cc/enc:   David Weaver, Court Administrator
          Mr. Tom Hnatowski
          Wallace Capel, Magistrate Judge

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
United States Courthouse
One Church Street, A-300
MONTGOMERY, ALABAMA 36104

Mark E. Fuller  
Chief Judge

TELEPHONE (334) 954-3640  
FAX (334) 954-3649

October 30, 2006

*VIA FACSIMILE*

Honorable Bernard A. Friedman  
Chief Judge  
United States District Court  
100 Theodore Levin United States Courthouse  
231 West Lafayette Boulevard  
Detroit, MI 48226

    RE:   Request for Reassignment of Magistrate Judge Wallace Capel as Visiting Judge

Dear Judge Friedman:

    On behalf of the Middle District of Alabama, I request your authorization for Magistrate Judge Wallace Capel's designation for temporary assignment to serve the Middle District of Alabama consistent with the requirements of 28 U.S.C. § 636(f). I have determined that the needs for immediate assistance of a magistrate judge in the Middle District of Alabama is an emergency based upon the vacancies created by two magistrate judges leaving by the end of this year.

    The Middle District of Alabama has four full time magistrate judges, one of which is retiring effective October 31, 2006, and the other resigning effective December 31, 2006. Our chief magistrate judge's wife is seriously ill and he has been providing care to her for the past few months. With a mounting caseload, the inevitable learning curve of any new judge to this court, and the possibility that three of our four magistrate judges will be absent in the foreseeable future, I am requesting that Judge Capel be permitted to provide assistance as a temporary magistrate judge for an indefinite period pending the completion of his background investigation and ultimate succession to one of the departing magistrate judge positions in our Court.

    Your assistance in this matter will be greatly appreciate and I hope to hear from you in the near future.

With best regards, I am

                              Respectfully yours,

                              Mark E. Fuller
                              Chief United States District Judge

MEF/mdd

c:    Judge Myron H. Thompson
      Judge W. Keith Watkins
      Judge Truman Hobbs
      Judge W. Harold Albritton
      Judge Ira DeMent
      Mrs. Debbie Hackett
      Mr. Tom Hnatowski
      Judge Wallace Capel

### CONSENT

The Eastern District of Michigan consents to this reassignment as a visiting magistrate judge of Magistrate Judge Wallace Capel, as specified above, effective November 28, 2006.

11/15/06
Date

Bernard A. Friedman, Chief Judge